UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SEELIG,<br>Plaintiff,<br>v.<br>LABCORP HOLDINGS INCORPORATED,<br>Defendant. | Case No. 26-cv-11716-AMO<br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 7 |

After removing this case to federal court, Defendant Labcorp Holdings Incorporated filed a motion to dismiss on October 16, 2026. Dkt. No. 7. Plaintiff Christopher Seelig's response to the motion was accordingly due by October 30, 2026. As of the date of this order, no response has been filed. The Court thus orders Plaintiff to show cause, in writing, no later than December 1, 2026, and in no more than three pages, why the motion to dismiss should not be granted as unopposed. If Plaintiff still intends to oppose the motion, that opposition is also due on December 1, 2026. The hearing on the motion to dismiss, currently set for January 14, 2027, is **VACATED** pending resolution of this order to show cause. Failure to file either the response to this order to show cause or the response to Defendant's motion shall result in dismissal of this case without prejudice, without further notice.

**IT IS SO ORDERED.**

Dated: November 17, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**

United States District Court
Northern District of California